UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

LYNN G. FERRANT                                  CIVIL ACTION

v.                                               NO. 10-4370

LOWE'S HOME CENTERS, INC.                        SECTION "F"

ORDER AND REASONS

Before the Court is the plaintiff's request for oral argument on the her motion for new trial. The request is DENIED for the following reasons. It is the Court's policy to grant oral argument on motions if one of the following factors is present:

1. There is a need for an evidentiary hearing.
2. The motion or opposition papers involve a novel or complex issue of law that is unsettled.
3. The motion or opposition papers argue for a change in existing law.
4. The motion or opposition papers implicate a constitutional issue.
5. The case itself is of widespread community interest.

Because the motion for new trial does not involve any of the above factors, IT IS ORDERED: that the request for oral argument

1

on the plaintiff's motion for new trial is DENIED.

                              New Orleans, Louisiana, December 14, 2011

                              _____
                                    MARTIN L. C. FELDMAN
                                 UNITED STATES DISTRICT JUDGE